### 31833. KELL et al. v. BOGGS et al.

PER CURIAM.

This is an appeal from the dismissal of a petition for mandamus against the State Revenue Commissioner and the taxing authorities of Douglas County. This is the

third appearance in this court of litigation involving the same parties. See *Chilivis v. Kell,* 236 Ga. 226 (223 SE2d 117) (1976) and *Smith v. Day,* 237 Ga. 48 (226 SE2d 588) (1976).

This case is controlled by *Casey v. Landrum,* 238 Ga. 284.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JANUARY 3, 1977 — DECIDED FEBRUARY 9, 1977.

*Dunaway & Perry, Marson G. Dunaway, Jr.,* for appellants.

*Tinsley & Tinsley, Barbara Tinsley, William C. Tinsley, II, Arthur K. Bolton, Attorney General, R. Douglas Lackey, Assistant Attorney General,* for appellees.